UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY BRADFORD,<br><br>              Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Commissioner of Social Security,<br><br>              Defendant. | CASE NO. CV 15-9550-AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: June 27, 2017

                                        ALICIA G. ROSENBERG
                                      United States Magistrate Judge